DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DEANDRICK KEYON BACON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-0605

_____

July 1, 2026

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Blair Allen, Public Defender, and Philip J. Massa, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Christopher Manon, Assistant Attorney General, Tampa for Appellee.

PER CURIAM.

     Affirmed.

SLEET, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.